400 A.2d 616

Groff et al., Appellants, v. Engle et al.

Argued December 4, 1978. Soren P. West, for appellants; John I. Hartman, Jr., for appellee William James Engle; S. R. Zimmerman, III, for appellee, Janet I. Groff.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.